IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAVANGELENE WILLIAMS,

    Plaintiff,

v.                                    Civil Action No. 3:23cv409

GAUGHAN SOUTH, LLC,

    Defendant.

## ORDER

Having considered the plaintiff's CORRECTED MOTION TO DISMISS (ECF No. 5), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby ORDERED that the CORRECTED MOTION TO DISMISS (ECF No. 5) is granted and this action is dismissed with prejudice.

It is so ORDERED.

                                  /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: September 21, 2023